**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 602 |
| | : | |
| DESIGNATION OF CHAIR OF THE | : | JUDICIAL ADMINISTRATION DOCKET |
| INVESTMENT ADVISORY BOARD | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2023, pursuant to Rule 1905(a) of the Pennsylvania Rules of Judicial Administration, Victoria A. Reider, Esquire, is hereby designated as Chair of the Investment Advisory Board, effective January 1, 2024, to serve at the pleasure of the Court.